

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00301-CV

| | | |
|---|---|---|
| HWAT, INC., INDIVIDUALLY AND D/B/A HOME WARRANTY ADMINISTRATORS, Appellant | § | On Appeal from County Court at Law No. 2 |
| | § | of Tarrant County (2019-006741-2) |
| V. | § | April 1, 2021 |
| EDDIE AGNEW, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Eddie Agnew shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Dabney Bassel
      Justice Dabney Bassel